## IN RE: SUPREME COURT COMMITTEE ON MODEL JURY INSTRUCTIONS, CRIMINAL

790 S.W.2d 180

Supreme Court of Arkansas

Delivered June 25, 1990

PER CURIAM. The Honorable James W. Stallcup, Walnut Ridge, Arkansas, Ms. Jill "Didi" Sallings, Mr. Jackson Jones, and Mr. Jack Lassiter of Little Rock, Arkansas, are hereby appointed to the Supreme Court Committee on Model Jury Instructions, Criminal, to serve at the pleasure of the court.

The Court expresses its gratitude to the Honorable Gerald Brown, Paragould, Arkansas, and Professor Rafael Guzman, Fayetteville, Arkansas, for their faithful services on this committee.